| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| STEVEN A. SCHWABER<br>LAW OFFICES OF STEVEN A. SCHWABER-SBN 43678<br>2600 Mission Street<br>Suite 100<br>San Marino, CA 91108<br>626.403.5600<br><br>*Attorney for Plaintiff* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: JOHN T. CURRIER | CHAPTER 7 |
|---|---|
| | CASE NUMBER 2:10-bk-48412 BR |
| Debtor. | ADVERSARY NUMBER 10-03268 BR |
| THAI SHENG, INC., dba G.P. FOOD COMPANY; WONG'S BUILDING, LLC; and TONY WONG<br>vs.    Plaintiff(s),<br><br>JOHN T. CURRIER<br><br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by ___January 10, 2011___, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

**Hearing Date:** 3/1/2011    **Time:** 10am    **Courtroom:** 1668    **Floor:** 16th

[X] 255 East Temple Street, Los Angeles    [ ] 411 West Fourth Street, Santa Ana

[ ] 21041 Burbank Boulevard, Woodland Hills    [ ] 1415 State Street, Santa Barbara

[ ] 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: 12/9/10

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
*Deputy Clerk*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)    **F 7004-1**
F70041

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

NOTICE

RE: CONTINUANCES:

No continuances will be granted unless a written stipulation signed by all parties is filed at least 48 hours prior to the scheduled hearing. Such stipulation must explain, in detail, the reason for the continuances. Such stipulation must be in the form of a declaration, signed under penalty of perjury. No continuance will be granted without good cause.

In addition to filing a written stipulation, the Courtroom Deputy must be notified personally at least 48 hours before the hearing. No continuances will be granted on the day of the hearing. It is the responsibility of all parties to check to see that the Court has been so notified. If there has been no notification, both written and oral, all sides must be ready to proceed with the hearing. Unless the parties have been notified by the clerk that the judge has granted the motion, all parties must appear for the hearing.

RE: SETTLEMENTS:

In case of a settlement reached prior to a hearing or trial, every effort should be made to notify the Court at least 48 hours prior to the hearing or trial.

RE: SANCTIONS FOR FAILURE TO TIMELY PREPARE FOR STATUS AND PRE-TRIAL CONFERENCES:

Pursuant to Rule 7016 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7016-1, failure to timely comply with Rule 7016-1 will result in sanctions of at least $200.00 against any party and/or its counsel, payable to the Clerk of Court, General Fund Account. Additional sanctions may be imposed as deemed appropriate under the circumstances. Timely compliance with Rule 7016-1 includes, but is not limited to, timely filing of status report and pre-trial orders. Subsequent offenses in the same matter will result in escalating sanctions. Sending attorneys to court to appear on matters, about which they are inadequate informed will result in similar sanctions.

BARRY RUSSELL
U.S. BANKRUPTCY JUDGE